Noyes v. State.

BENJAMIN NOYES, PLAINTIFF IN ERROR, v. STATE, DEFENDANT IN ERROR.

Error to the Supreme Court.   For opinion of the Supreme Court, see 12 *Vroom* 418.

For the plaintiff in error, *A. Q. Keasbey* and *C. Parker.*

For the defendant in error, *J. P. Stockton, Attorney-General.*

THE CHANCELLOR.   The judgment below should be affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, KNAPP, REED, SCUDDER, CLEMENT, COLE, DODD, GREEN, LATHROP, WHITAKER—10.

*For reversal*—None.